01
02
03
04
05
06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,         )   CASE NO. MJ 09-498
                                      )
09         Plaintiff,                 )
                                      )
10         v.                         )
                                      )   DETENTION ORDER
11  ADAN LOPEZ-LOPEZ,                 )
                                      )
12         Defendant.                 )
    _____   )
13

14  Offense charged:

15      Illegal Reentry after Deportation

16  Date of Detention Hearing:    Initial Appearance, October 1, 2009

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      (1)    Defendant is reportedly a citizen of Mexico.

DETENTION ORDER                                                                    15.13
18 U.S.C. § 3142(i)                                                               Rev. 1/91
PAGE 1

01     (2) The United States alleges that his presence in this country is illegal. There is an
02 immigration detainer pending against him. The issue of detention in this case is therefore
03 essentially moot, as the defendant would be released to immigration custody if not detained in
04 this case.

05     (3) Defendant and his counsel offer no opposition to the entry of an order of detention.

06     (4) Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.
07 Therefore, there is limited information available about him.

08     (5) There does not appear to be any condition or combination of conditions that will
09 reasonably assure the defendant's appearance at future Court hearings while addressing the
10 danger to other persons or the community.

11 It is therefore ORDERED:

12     (1) Defendant shall be detained pending trial and committed to the custody of the
13     Attorney General for confinement in a correction facility separate, to the extent
14     practicable, from persons awaiting or serving sentences or being held in custody
15     pending appeal;

16     (2) Defendant shall be afforded reasonable opportunity for private consultation with
17     counsel;

18     (3) On order of a court of the United States or on request of an attorney for the
19     Government, the person in charge of the corrections facility in which defendant
20     is confined shall deliver the defendant to a United States Marshal for the purpose
21     of an appearance in connection with a court proceeding; and

22     (4) The clerk shall direct copies of this Order to counsel for the United States, to

01 | counsel for the defendant, to the United States Marshal, and to the United States
02 | Pretrial Services Officer.
03 | DATED this 1st day of October, 2009.

                                        Mary Alice Theiler
                                        United States Magistrate Judge